PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Sharon M Morrow**                              Case Number: **1:02CR00138**

Name of Sentencing Judicial Officer:     **The Honorable S. Arthur Spiegel**
**United States Senior District Judge**

Date of Original Sentence: **November 13, 2003**

Original Offense: **Unauthorized Use of Access Devices, in violation of 18 U. S. C. § 1029(a)(2) and (c)(1)(A)(i)**

Original Sentence: **10 month(s) prison, 36 month(s) supervised release**

Special Conditions: 1) 5 months electronically monitored home confinement.
2) participate in mental health treatment as directed by the probation officer.
3) No new lines of credit nor purchases on existing lines of credit without the permission of the probation officer. Offender must disclose all financial information requested by the probation officer.
4) Defendant to cooperate with tax authorities and file accurate tax returns for herself, amending returns if deemed necessary.
5) Pay $100 special assessment.
6) Pay restitution in the amount of $69,002.95.

Type of Supervision: **Supervised Release**            Date Supervision Commenced: **June 1, 2004**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| The supervised releasee shall pay restitution in the amount of $69,002.95 to the multiple victims in this case. | At sentencing, the Court ordered Morrow to pay restitution in the amount of $69,002.95 to the multiple victims in this case. Morrow has a restitution balance 0f $68,467.95 as of the date of this report, and will not be able to pay in full during the term of supervised release. |

U.S. Probation Officer Action:

On June 2, 2004, this officer met with Morrow and went over the conditions of supervision in detail. Morrow indicated that she understood the conditions, including the restitution order, and signed the conditions. This officer set up a pay agreement with Morrow for her to pay $25 a month towards her special assessment and restitution, which represented her best faith effort based on her financial situation. The offender paid her $100 special assessment in full as of October 4, 2004.

PROB 12A
(12/98)

2

During the term of supervision, Morrow has received SSI benefits at the rate of $619.00 a month. This amount has comprised her total income. She has paid $535.00 towards her restitution as of May 7, 2007. This officer has determined that Morrow does not have any excess cash available to pay the restitution. The offender has been advised of her obligation to pay restitution until it is paid in full during the remainder of her supervision term, and after the expiration of her sentence on May 31, 2007. It is this officer's opinion, that based on the above information, Morrow has made her best, good faith effort to satisfy the Court's order of restitution. This officer has notified the Financial Litigation Unit of the U. S. Attorney's Office of this situation. Based on the provisions of 18 U. S. C. § 3663, the offender will be legally obligated to pay restitution to the multiple victims in this case up to 20 years after sentencing, which occurred on November 13, 2003. Thus, the offender will be legally mandated to pay restitution until November 2023.

Therefore, based on Morrow's cooperation and effort, along with the above legal remedy to obtain the balance of restitution, this officer is respectfully recommending that no action be taken against Morrow for failure to pay restitution, and allow her to discharge as scheduled on May 31, 2007.

The Court is reminded to mark the box reflecting the Court's decision in this matter, and to sign the appropriate location.

Respectfully submitted,                         Approved,

by  *David J. Backman*  by                      *John Cole*

**David Backman**                               **John Cole**
U. S. Probation Officer                         Supervising U. S. Probation Officer
Date:     **May 9, 2007**                       Date:     **May 9, 2007**

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

Signature of Judicial Officer

Date  5/11/07